**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEMETRIUS FIORENTINO** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | **No. 14-3255** |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT GLUNT et al.** | : | |
| **Respondents.** | : | |

## ORDER

This 11th day of March, 2015, upon careful and independent consideration of the

pleadings and record herein, and after review of the Report and Recommendation of United

States Magistrate Judge Thomas J. Rueter, dated October 20, 2014, and *pro se* petitioner

Demetrius Fiorentino's Motion for Reconsideration, **IT IS ORDERED** as follows:

1. The October 20, 2014 Report and Recommendation of United States Magistrate Judge

   Rueter is **APPROVED** and **ADOPTED;**

2. Petitioner's Motion for Reconsideration is **DENIED** for the reasons stated by Magistrate

   Judge Rueter in the Report and Recommendation dated October 20, 2014;

3. The Petition for Writ of Habeas Corpus filed by Demetrius Fiorentino is **DISMISSED;**

4. Petitioner's Motion for Stay and Abeyance is **DENIED AS MOOT;** and

5. There is no probable cause to issue a certificate of appealability.

        /s/ Gerald Austin McHugh
United States District Court Judge